United States Bankruptcy Court
District of Maryland

In re:                                                              Case No. 14-17895-TJC
Carolyn S. Nedd                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0416-0        User: jescobar          Page 1 of 1             Date Rcvd: Aug 29, 2014
                            Form ID: clsnodsc       Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2014.
```
db          +Carolyn S. Nedd,    10803 Staple Court,    Waldorf, MD 20601-2965
28725335    +Comptroller of the Treasury,    Compliance Division, Room 409,   301 W. Preston Street,
              Baltimore, MD 21201-2305
28725106    +Fingerhut/WEBBANK,    6250 Ridgewood Road,   Saint Cloud, MN 56303-0820
28725114    +Professional Account Management LLC,    PO Box 391,   Milwaukee, WI 53201-0391
28725334    +State of Maryland DLLR,    Division of Unemployment Insurance,   1100 N. Eutaw Street, Room 401,
              Baltimore, MD 21201-2201
28725333    +Taxing Authority of,    Charles County-Treasurer,    PO Box 2150,   La Plata, MD 20646-2150
28725117    +Verizon,    500 Technology Drive -Ste 300,    Weldon Spring, MO 63304-2225
28725118    +Verizon Wireless,    1 Verizon Way,   Basking Ridge, NJ 07920-1097
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
            +E-mail/Text: ustpregion04.gb.ecf@usdoj.gov Aug 29 2014 19:20:47
              Office of The United States Trustee,    6305 Ivy Lane,   Suite 600,   Greenbelt, MD 20770-6305
28725105    +E-mail/Text: ned_fre-bankruptcies@cable.comcast.com Aug 29 2014 19:21:21       Comcast,
              1701 John F. Kennedy Blvd,    Philadelphia, PA 19103-2899
28725107    +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2014 19:24:37       GECRB/Care Credit,    PO Box 965036,
              Orlando, FL 32896-5036
28725108    +E-mail/Text: mtorcisi@fedchoice.org Aug 29 2014 19:20:45       IRS FCU,   10001 Willowdale Road,
              Lanham, MD 20706-4321
28725110    +E-mail/Text: bankruptcydpt@mcmcg.com Aug 29 2014 19:20:51       Midland Funding,    8875 Aero Drive,
              Suite 200,    San Diego, CA 92123-2255
28725111    +E-mail/Text: ext_ebn_inbox@navyfederal.org Aug 29 2014 19:21:25       Navy Federal Credit Union,
              PO Box 3000,    Merrifield, VA 22119-3000
28725113    +Fax: 407-737-5634 Aug 29 2014 19:37:21      Ocwen Loan Servicing,    1661 Worthington Road,
              Suite 100,    West Palm Beach, FL 33409-6493
28725115     E-mail/Text: CustomerAccounting@SMECO.coop Aug 29 2014 19:20:52       SMECO,   PO Box 1937,
              Hughesville, MD 20637
28725116     E-mail/Text: appebnmailbox@sprint.com Aug 29 2014 19:20:49       Sprint,   6391 Sprint Parkway,
              Overland Park, KS 66251
                                                                                               TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust            United States Trustee R4_CH7
28725109*   +IRS FCU,    10001 Willowdale Road,   Lanham, MD 20706-4321
28725112*   +Navy Federal Credit Union,    PO Box 3000,   Merrifield, VA 22119-3000
                                                                                  TOTALS: 1, * 2, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2014                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2014 at the address(es) listed below:
```
              Gary A. Rosen    grosen@covad.net, md40@ecfcbis.com,grosen@garyrosenchartered.com
              Kyle J. Moulding    bankruptcymd@mwc-law.com
              William H. Jackson    davejaxon@yahoo.com
                                                                                             TOTAL: 3
```

Form clsnodsc

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**In re:   Case No.:   14−17895 TJC     Chapter:   7**

Carolyn S. Nedd
Debtor(s)

## NOTICE THAT CASE IS ELIGIBLE
## TO BE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case is eligible to be closed without entry of discharge as Debtor did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

Dated: 8/28/14

Mark A. Neal, Clerk of Court
by Deputy Clerk, Jolon Escobar  410−962−7964